# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
     vs )     Case No.  3:06CR096
)
)
MICHAEL MOWERY

---

## ORDER TERMINATING RE-IMPOSED SUPERVISED RELEASE

---

The above named began re-imposed supervised release on September 14, 2016, for a period of

three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown

it is hereby ordered that the defendant is discharged from re-imposed supervised release and that

the proceedings in the case be terminated.

Dated this ___8th___ day of ___November___, 2017

Walter H. Rice
United States District Judge